AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 08, 2026

SEAN F. MCAVOY, CLERK

Terrale Yarbrough

*Plaintiff*

v.

Spokane Teachers Credit Union

*Defendant*

Civil Action No. 2:26-cv-00281-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Case DISMISSED without prejudice for failure to comply with the Court's order and failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 10/08/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*